UNITED STATES DISTRICT COURT
SOUNDSTHERN DISTRICT OF NEW YORK
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/26/09

| Plaintiffs | Case No. |
|---|---|
| MACNAMARA, et al., | 04 Civ. 9216 (RJS) (JCF) |
| BUNIM, et al. | 05 Civ. 1562 (RJS)(JCF) |
| KALRA, et al. | 05 Civ. 1563 (RJS)(JCF) |
| RYAN, et al. | 05 Civ. 1564 (RJS)(JCF) |
| GARBINI, et al. | 05 Civ. 1565 (RJS)(JCF) |
| GREENWALD, et al. | 05 Civ. 1566 (RJS)(JCF) |
| PICKETT, et al. | 05 Civ. 1567 (RJS)(JCF) |
| TREMAYNE, et al. | 05 Civ. 1568 (RJS)(JCF) |
| BIDDLE, et al. | 05 Civ. 1570 (RJS)(JCF) |
| MORAN, et al. | 05 Civ. 1571 (RJS)(JCF) |
| BOTBOL, et al. | 05 Civ. 1572 (RJS)(JCF) |
| CROTTY, et al. | 05 Civ. 7577 (RJS)(JCF) |
| STARK, et al. | 05 Civ. 7579 (RJS)(JCF) |
| LALIER, et al. | 05 Civ. 7580 (RJS)(JCF) |
| GROSSO, et al. | 05 Civ. 5080 (RJS)(JCF) |
| PHILLIPS, et al. | 05 Civ. 7624 (RJS)(JCF) |
| COBURN, et al. | 05 Civ. 7623 (RJS)(JCF) |
| DRESCHER, et al. | 05 Civ. 7541 (RJS)(JCF) |
| BASTIDAS, et al. | 05 Civ. 7670 (RJS)(JCF) |
| XU, et al. | 05 Civ. 7672 (RJS)(JCF) |
| SLOAN, et al. | 05 Civ. 7688 (RJS)(JCF) |
| GALITZER, et al. | 05 Civ. 7669 (RJS)(JCF) |
| SIKELIANOS, et al. | 05 Civ. 7673 (RJS)(JCF) |
| ABDELL, et al. | 05 Civ. 8453 (RJS)(JCF) |
| ADAMS, et al. | 05 Civ. 9484 (RJS)(JCF) |
| ARANEDA, et al. | 05 Civ. 9738 (RJS)(JCF) |
| EASTWOOD, et al., | 05 Civ. 9483 (RJS)(JCF) |

Plaintiffs,

ORDER

-v-

THE CITY OF NEW YORK, et al.,

Defendants.

RICHARD J. SULLIVAN, District Judge:

Upon consent of the Parties, the conference that was scheduled for April 17, 2009, is hereby adjourned to May 6, 2009 at 4 p.m.

SO ORDERED.

Dated:   New York, New York
         March 25, 2009

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE